670 A.2d 1050

IN THE MATTER OF KIRK D. RHODES,
AN ATTORNEY AT LAW.

February 9, 1996.

## ORDER

The Disciplinary Review Board on December 1, 1995, having filed with the Court its decision concluding that a letter of admonition should be issued to **KIRK D. RHODES** of **PLAINFIELD,** who was admitted to the bar of this State in 1981, for negligently invading client funds by mistakenly depositing funds into his business account rather than his trust account, in violation of *RPC* 1.15, and good cause appearing;

It is ORDERED that the Disciplinary Review Board is authorized to issue a letter of admonition to respondent; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.